UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:11-cr-00148-LRH-VPC |
| Plaintiff, | ) | |
| | ) | MINUTES OF THE COURT |
| vs. | ) | |
| | ) | DATED: July 18, 2012 |
| EDWARD R. CORKINS, | ) | |
| Defendant(s). | ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk:  Dionna Negrete          Reporter: None Appearing
U.S. Attorney:  None Appearing          Counsel for Defendants:  None Appearing

MINUTE ORDER IN CHAMBERS XXX

    Defendant's Motion to Continue Sentencing (First Request), doc #20 was filed on July 10, 2012.  Government's Opposition to Defendant's Motion to Continue Sentencing, doc #21 was filed July 11, 2012.  The Court has reviewed all briefing.

    IT IS ORDERED Defendant's Motion to Continue Sentencing (First Request), doc #20 is GRANTED.  IT IS FURTHER ORDERED that Imposition of Sentence shall be continued to Tuesday, August 7, 2012, at 10:00 a.m. in Reno Courtroom 5 before Judge Larry R. Hicks.  Counsel have been notified of, and are in agreement with the date and time.

                                          LANCE S. WILSON, CLERK

                                          By:     D. NEGRETE
                                                   Deputy Clerk